

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-37 TROY IVORY,

    Defendant.

_____/

NO. 11-20551

HON. ROBERT H. CLELAND

### ORDER

This matter coming before the Court on the government's motion, it is hereby ordered pursuant to 18 U.S.C. § 3148(b) that a warrant for the arrest of defendant TROY IVORY be issued and that defendant be brought before the Court to determine whether the order of pretrial release in this case should be modified or revoked in favor of an order of pretrial detention.

ROBERT H. CLELAND
United States District Court Judge

Date: AUG 27 2013