UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

v.                                                                          CIVIL NO.11-20551-37-DT

TROY IVORY,

       Defendant(s).
_____/

### ORDER GRANTING ATTORNEY DAVID STEINGOLD'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

This matter has come before the court on the Motion to Withdraw filed on July 1, 2014 by attorney David Steingold after Defendant's plea of guilty to Count 1 of the Indictment on April 24, 2014. Sentencing is currently set for August 28, 2014 at 2:00 p.m.

A hearing was held on July 15, 2014 and after hearing argument from counsel and the defendant, the court has determined that there is sufficient reason for Mr. Steingold to be permitted to withdraw as counsel for the defendant. Therefore,

IT IS ORDERED for the reasons stated on the record the motion to withdraw is **GRANTED.** The Federal Defender's Office is directed to appoint new counsel. Upon the filing of an appearance by the new attorney, this court will schedule a status conference with counsel.

                               S/Robert H. Cleland
                               ROBERT H. CLELAND
                               UNITED STATES DISTRICT JUDGE

Dated: July 21, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 21, 2014, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522