# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Criminal Case No. 11-20551

TROY IVORY,

    Defendant.
_____/

## ORDER DEEMING RESOLVED ALL CURRENTLY DOCKETED LETTERS AND DIRECTING DEFENDANT TO CEASE SUBMITTING LETTERS TO THE COURT

      Defendant Troy Ivory has submitted a series of letters to the court which purport to seek relief. The relief is largely directed to the singular aim of computing his jail time credits. Letters are not traditionally the method by which parties may seek relief from the court. To the extent any pending letters as of the date of this order request relief from the court, the court deems them resolved by its order dated March 13, 2020, which denied Defendant's motions for appointment of counsel and request for jail time credits. Henceforward, should Defendant seek relief from this court, he must do so by filing a motion specifically explaining the legal and factual basis for his purported claims. The court will no longer act on letters submitted informally by this defendant.

      IT IS SO ORDERED.

                                                              s/Robert H. Cleland            /
                                                              ROBERT H. CLELAND
                                                              UNITED STATES DISTRICT JUDGE

Dated: May 18, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 18, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner                /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\HEK\Criminal\11-20551.IVORY.order.resolving.letters.HEK.docx